# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SAINT FRANCIS MEMORIAL HOSPITAL
and FRANKLIN BENEVOLENT CORPORATION
F/K/A DAVIES MEDICAL CENTER

**E-filing** SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

MICHAEL O. LEAVITT, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF THE DEPARTMENT
OF HEALTH AND HUMAN SERVICES

TO: (Name and address of defendant)

> Michael O. Leavitt
> U.S. Department of Health & Human Services
> 200 Independence Avenue, S.W.
> Washington, D.C.  20201

BZ

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gary E. Gleicher
> LAW OFFICES OF GARY E. GLEICHER
> 433 North Camden Drive, Suite 730
> Beverly Hills, CA  90210

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

_____
(BY) DEPUTY CLERK