# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

April 30, 2008

To:    Gary Elliot Gleicher
       Law Offices of Gary E. Gleicher
       433 N. Camden Drive, Ste. 730
       Beverly Hills, CA 90210


       Re: Saint Francis Memorial Hospital, et al. v. Michael O. Leavitt - C08-1440 BZ

Dear Counsel:

       At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **June 23, 2008 at 4:00 p.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

       At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                                          Sincerely,

                                          Richard W. Wieking, Clerk
                                          United States District Court

                                          _____/s/ Lashanda Scott_____
                                          By:    Lashanda Scott
                                                 Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd