| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

Type name, address, phone number of applicant here
Kenneth R. Marcus
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7470

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 14 PH 2:46

St. Francis Memorial Hospital and
Franklin Benevolent Corporation
f/k/a Davies Medical Center

Plaintiff(s),

v.

Michael O. Leavitt, In His Official
Capacity Secretary of Health and Human
Services

Defendant(s).

CASE NO. CV 08 1440 BZ

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Kenneth R. Marcus, an active member in good standing of the bar of Michigan, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Gary E. Gleicher, Gary E Gleicher Law Offices, 433 North Camden Drive Suite 730, Beverly Hills, CA 90210   310 277 3696

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2008

Kenneth R. Marcus