# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Saint Francis Memorial Hospital and Franklin Benevolent Corporation f/k/a Davies Medical Center<br><br>    Plaintiff(s),<br>v.<br>Michael O. Leavitt, In His Official Capacity as Secretary of Health and Human Services<br><br>    Defendant(s). | CASE NO. CV 08 1440 BZ<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Kenneth R. Marcus, an active member in good standing of the bar of State of Michigan whose business address and telephone number (particular court to which applicant is admitted) is Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue, 2290 First National Building
Detroit, MI 48226
(313) 465-7470

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  May 15, 2008

_____
United States Magistrate Judge
Bernard Zimmerman