1  GARY E. GLEICHER (Cal. Bar No. 61283)
   LAW OFFICES OF GARY E. GLEICHER
2  433 North Camden Drive, Suite 730
   Beverly Hills, California 90210
3  Telephone: (310) 277-3696
   Facsimile: (310) 273-7679
4  e-mail: ggleicher@aol.com

5  Attorney for plaintiffs
   SAINT FRANCIS MEMORIAL HOSPITAL and
6  FRANKLIN BENEVOLENT CORPORATION F/K/A
   DAVIES MEDICAL CENTER
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | SAINT FRANCIS MEMORIAL HOSPITAL | CASE NO. CV 08 1440 BZ
   | and FRANKLIN BENEVOLENT
12 | CORPORATION F/K/A              | **CERTIFICATE OF SERVICE OF**
   | DAVIES MEDICAL CENTER          | **APPLICATION FOR ADMISSION OF**
13 |                                | **ATTORNEY *PRO HAC VICE***
14 |       Plaintiffs,
15 | vs.
16 | MICHAEL O. LEAVITT, IN HIS OFFICIAL
   | CAPACITY AS SECRETARY OF THE
17 | DEPARTMENT OF HEALTH AND
   | HUMAN SERVICES,
18 |       Defendant.

(stamped) FILED 08 MAY 15 AM 9:45

CERTIFICATE OF SERVICE OF APPLICATION FOR ADMISSION *PRO HAC VICE*

# CERTIFICATE OF SERVICE

ABIGAIL WIZANSKY declares:

I am over the age of eighteen years and I am not a party to the within action. My business address is 177 Post Street, Suite 890, San Francisco, California, 94108. I make the service described herein at the direction of Robert E. White, a member of the Bar of the United States District Court for the Northern District of California.

On May 14, 2008, I served the following document(s) entitled:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [Kenneth R. Marcus]; [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on defendant Michael O. Leavitt, In His Official Capacity As Secretary Of The Department Of Health And Human Services, by placing true copies thereof in sealed envelopes and depositing them in the United States mail with postage thereon fully prepaid for certified mail, return receipt requested, addressed as follows:

Joseph P. Russoniello
United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA  94102

Michael Mukasey
Attorney General of the United States
950 Pennsylvania Ave. SW
Washington, DC  20530

Michael O. Leavitt
Secretary of Health & Human Services
Room 615-F
200 Independence Ave. SW
Washington, DC  20201

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 14, 2008 at San Francisco, California.

*Abigail Wizansky*
ABIGAIL WIZANSKY

# CERTIFICATE OF SERVICE

ABIGAIL WIZANSKY declares:

I am over the age of eighteen years and I am not a party to the within action. My business address is 177 Post Street, Suite 890, San Francisco, California, 94108. I make the service described herein at the direction of Robert E. White, a member of the Bar of the United States District Court for the Northern District of California.

On May 14, 2008, I served the following document(s) entitled:

**CERTIFICATE OF SERVICE OF APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on defendant Michael O. Leavitt, In His Official Capacity As Secretary Of The Department Of Health And Human Services, by placing true copies thereof in sealed envelopes and depositing them in the United States mail with postage thereon fully prepaid for certified mail, return receipt requested, addressed as follows:

Joseph P. Russoniello
United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA  94102

Michael Mukasey
Attorney General of the United States
950 Pennsylvania Ave. SW
Washington, DC  20530

Michael O. Leavitt
Secretary of Health & Human Services
Room 615-F
200 Independence Ave. SW
Washington, DC  20201

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 14, 2008 at San Francisco, California.

*Abigail Wizansky*
ABIGAIL WIZANSKY

-3-