| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CABN 88143)<br>Chief, Civil Division |
| 3 | JULIE A. ARBUCKLE (CABN 193425)<br>Assistant United States Attorney |
| 4 |     450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495 |
| 5 |     Telephone: (415) 436-7102<br>    Fax: (415) 436-6748 |
| 6 |     E-mail: julie.arbuckle@usdoj.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL AND FRANKLIN BENEVOLENT CORPORATION f/k/a DAVIES MEDICAL CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, in His Official Capacity as Secretary of the Department of Health and Human Services,<br><br>    Defendant. | Nos. C 08-1440 BZ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 21, 2008        Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO<br>
                                    United States Attorney

                                    _____/S/_____<br>
                                    JULIE A. ARBUCKLE<br>
                                    Assistant United States Attorney<br>
                                    Attorneys for Defendant

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE - C 08-1440 BZ

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

<u>St. Francis Memorial Hospital and Franklin Benevolent Corporation f/k/a Davies Medical Center v. Michael O. Leavitt, in His Official Capacity as Secretary of the Department of Health and Human Services</u>
C 08-1440 BZ

to be served this date upon each of the persons indicated below at the address shown:

Kenneth R. Marcus
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Gary E. Gleicher
Law Offices of Gary E. Gleicher
433 North Camden Drive Suite 730
Beverly Hills, CA 90210

√   **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____   **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____   **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

_____   **BY FEDERAL EXPRESS**

//
//
//
//

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE - C 08-1440 BZ

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.  Executed May 21, 2008 at San Francisco, California.

      /s/
KATHY TERRY
Legal Assistant

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE - C 08-1440 BZ