1  GARY E. GLEICHER (Cal. Bar No. 61283)
   LAW OFFICES OF GARY E. GLEICHER
2  433 North Camden Drive, Suite 730
   Beverly Hills, California  90210
3  Telephone:  (310) 277-3696
   Facsimile:  (310) 273-7679
4  e-mail:  ggleicher@aol.com

5  Attorney for plaintiffs
   SAINT FRANCIS MEMORIAL HOSPITAL and
6  FRANKLIN BENEVOLENT CORPORATION F/K/A
   DAVIES MEDICAL CENTER
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 

   SAINT FRANCIS MEMORIAL HOSPITAL      CASE NO.  CV 08 1440
12 and FRANKLIN BENEVOLENT
   CORPORATION F/K/A                    **CERTIFICATE OF SERVICE OF**
13 DAVIES MEDICAL CENTER                **SUMMONS & COMPLAINT AND**
                                        **RELATED PAPERS**
14         Plaintiffs,

15 vs.

16 MICHAEL O. LEAVITT, IN HIS
   OFFICIAL CAPACITY AS SECRETARY
17 OF THE DEPARTMENT OF HEALTH
   AND HUMAN SERVICES,
18
           Defendant.
19

20

21

22

23

24

25

26

27

28

GARY E. GLEICHER declares:

I am an attorney at law and a member of the Bar of the United States District Court for the Northern District of California. My business address is 433 North Camden Drive, Suite 730, Beverly Hills, California, 90210.

On April 2, 2008, I served the following documents entitled:

**SUMMONS IN A CIVIL CASE;**
**COMPLAINT FOR JUDICIAL REVIEW OF FINAL ADVERSE AGENCY DECISION ON MEDICAL REIMBURSEMENT;**
**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**
**STANDING ORDERS [OF MAGISTRATE JUDGE BERNARD ZIMMERMAN];**
**ECF REGISTRATION INFORMATION HANDOUT;**
**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO HANDOUT**

on defendant Michael O. Leavitt, In His Official Capacity As Secretary Of The Department Of Health And Human Services, pursuant to Federal Rule of Civil Procedure 4(i)(1)-(2), by placing true copies thereof in sealed envelopes and depositing them in the United States mail with postage thereon fully prepaid for certified mail, return receipt requested, addressed as follows:

Joseph P. Russoniello  
United States Attorney  
450 Golden Gate Ave., 11th Floor  
San Francisco, CA  94102  

Michael Mukasey  
Attorney General of the United States  
950 Pennsylvania Ave. SW  
Washington, DC  20530  

Michael O. Leavitt  
Secretary of Health & Human Services  
Room 615-F  
200 Independence Ave. SW  
Washington, DC  20201  

True copies of the certified mail return receipts are attached hereto as Exhibit "A" and incorporated by reference.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 21, 2008 at Beverly Hills, California.

                                           /s/ Gary E. Gleicher  
                                        GARY E. GLEICHER

CERTIFICATE OF SERVICE OF SUMMONS & COMPLAINT AND RELATED PAPERS

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $2.84 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.64 |

Postmark: BEVERLY HILLS CA 90210, APR 16 2008
04/02/2008

Sent To: Michael O. Leavitt
Street, Apt. No.; or PO Box No.: Room 615-F - 200
City, State, ZIP+4: Independence Ave SW, Washington DC 20201

PS Form 3800, August 2006           See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt
Sec. of Health
Room 615-F
200 Independence Ave SW
Washington DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): Lawrence
C. Date of Delivery: 4-8-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Article tracking: 7007 3020 0001 1865 7032

Exhibit "A" page 1 of 3



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $2.84 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.64 |

Postmark Here — BEVERLY HILLS CA 90210 — APR 2 2008

04/02/2008

Sent To: MICHAEL MUKASEY
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Av
City, State, ZIP+4: Washington DC - 20530 SW

PS Form 3800, August 2006                See Reverse for Instructions

7007 0020 0001 1865 7025

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MICHAEL MUKASEY
   Atty General of US
   950 Pennsylvania Ave
   SW
   Washington DC
   20530

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emmett Parks_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 0 7 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit "A" page 3 of 3