1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JULIE A. ARBUCKLE (CABN 193425)
   Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-7102
      Fax: (415) 436-6748
6     E-mail: julie.arbuckle@usdoj.gov
   Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL AND FRANKLIN BENEVOLENT CORPORATION f/k/a DAVIES MEDICAL CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant. | No. C 08-1440 (MMC) <br><br><br><br><br><br> NOTICE OF APPEARANCE |

The Clerk will please enter the appearance of Jonathan C. Brumer as counsel of record for the Defendant Secretary of Health and Human Services in the above-captioned action.

                        / s /
                        JONATHAN C. BRUMER
                        U.S. Department of Health and Human Services
                        Office of the General Counsel
                        Centers for Medicare and Medicaid Services
                         Division
                        330 Independence Ave., S.W.
                        Cohen Building, Room 5344
                        Washington, D.C. 20201
                        (202) 205-8703