JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JULIE A. ARBUCKLE (CABN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    Fax: (415) 436-6748
    E-mail: julie.arbuckle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL AND FRANKLIN BENEVOLENT CORPORATION f/k/a DAVIES MEDICAL CENTER,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services,<br><br>    Defendant. | No. C 08-1440 (MMC)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S DEADLINE FOR FILING AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT; AND SETTING A INITIAL CASE MANAGEMENT CONFERENCE |

    Pursuant to LCvR 6-2 and 7-12, Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("Federal Defendant") and Plaintiff St. Francis Memorial Hospital and Franklin Benevolent Corporation f/k/a Davies Medical Center ("Plaintiffs"), by and through their undersigned counsel, respectfully stipulate the Court should grant Federal Defendant an enlargement of time, up to and including August 8, 2008, to answer or otherwise respond to Plaintiffs' Complaint in this action.  In addition, the parties stipulate that the initial Case Management Conference in this case shall be scheduled for August 22, 2008.  In support of the instant stipulation, the parties state as follows:

    1. Plaintiffs initiated this action with the filing of their Complaint on March 13, 2008.

2. Plaintiffs effectuated service of the Summons and Complaint in this action by sending them via certified mail on April 2, 2008 to the Secretary of Health and Human Services, the Northern District of California United States Attorney's Office, and the United States Attorney General. Thus, Federal Defendant's response to Plaintiffs' Complaint is currently due on June 4, 2008. See Fed. R. Civ. P. 6(a) (2007 revised ed.), 12(a)(2) (version effective December 1, 2007).

3. In this case, Plaintiffs seek judicial review of Medicare administrative decisions pursuant the standards set forth in the Administrative Procedure Act. See 42 U.S.C. § 1395oo(f)(1); Compl. ¶¶ 1-3. Federal Defendant anticipates that the administrative record it is required to compile will be lengthy and complex. The undersigned agency counsel will be absent from the office on scheduled leave from July 3-18, 2008. Accordingly, the parties hereby stipulate and agree that Federal Defendant shall be given an enlargement of time up to and including August 8, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

4. The parties also respectfully request that the initial Case Management Conference in this case be scheduled for August 22, 2008 at 10:30 a.m., and that the undersigned attorneys not located in this district be permitted to participate in the Conference via telephone.

5. This request is made in good faith and not for purposes of delay.

6. Federal Defendant has not previously requested or received an extension of time to respond to Plaintiffs' Complaint.

7. There are no other previously scheduled deadlines in this case.

ACCORDINGLY, THE PARTIES hereby stipulate and agree that:

(1) Federal Defendant shall have until August 8, 2008 to file and serve a pleading responsive to Plaintiffs' Complaint in this action; and

(2) The initial Case Management Conference in this case shall be scheduled for August 22, 2008 at

///
///
///
///

1 | 10:30 a.m., and the undersigned attorneys not located in this district be permitted to participate in the
2 | Conference via telephone.

4 | Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF GARY E. GLEICHER | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| _____/s/_____<br>Gary E. Gleicher<br>433 N. Camden Dr., Ste. 730<br>Beverly Hills, CA. 90210<br>Tel; (310) 277-3696<br>Fax: (310) 273-7679 | _____/s/_____<br>Julie A. Arbuckle<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102<br>Phone: 415.436.7102<br>Fax: 415.436.6748 |
| _____/s/_____<br>Kenneth R. Marcus<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506<br>(313) 465-7470 | _____/s/_____<br>Jonathan C. Brumer<br>U.S. Department of Health and Human Services<br>Office of the General Counsel<br>Centers for Medicare and Medicaid Services<br>330 Independence Ave., S.W., Room 5344<br>Washington, D.C. 20201<br>(202) 205-8703 |
| Attorneys for Plaintiffs | |
| | Attorneys for Federal Defendant |
| Dated: June 2, 2008_____ | Dated: June 2, 2008_____ |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____             _____
                                                          MAXINE M. CHESNEY
                                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: RESPONSE TO COMPLAINT AND CMC - Case No. 08-1440 MMC    3