1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JULIE A. ARBUCKLE (CABN 193425)
   Assistant United States Attorney
4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5       Telephone: (415) 436-7102
        Fax: (415) 436-6748
6       E-mail: julie.arbuckle@usdoj.gov
   Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL AND FRANKLIN BENEVOLENT CORPORATION f/k/a DAVIES MEDICAL CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services,<br><br>    Defendant. | No. C 08-1440 (MMC)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S DEADLINE FOR FILING AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT; AND SETTING A INITIAL CASE MANAGEMENT CONFERENCE |

   Pursuant to LCvR 6-2 and 7-12, Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("Federal Defendant") and Plaintiff St. Francis Memorial Hospital and Franklin Benevolent Corporation f/k/a Davies Medical Center ("Plaintiffs"), by and through their undersigned counsel, respectfully stipulate the Court should grant Federal Defendant an enlargement of time, up to and including August 8, 2008, to answer or otherwise respond to Plaintiffs' Complaint in this action. In addition, the parties stipulate that the initial Case Management Conference in this case shall be scheduled for August 22, 2008. In support of the instant stipulation, the parties state as follows:

   1. Plaintiffs initiated this action with the filing of their Complaint on March 13, 2008.

STIPULATION AND [PROPOSED] ORDER RE: RESPONSE TO COMPLAINT AND CMC - Case No. 08-1440 MMC    1

2. Plaintiffs effectuated service of the Summons and Complaint in this action by sending them via certified mail on April 2, 2008 to the Secretary of Health and Human Services, the Northern District of California United States Attorney's Office, and the United States Attorney General.  Thus, Federal Defendant's response to Plaintiffs' Complaint is currently due on June 4, 2008.  See Fed. R. Civ. P. 6(a) (2007 revised ed.), 12(a)(2) (version effective December 1, 2007).

3. In this case, Plaintiffs seek judicial review of Medicare administrative decisions pursuant the standards set forth in the Administrative Procedure Act.  See 42 U.S.C. § 1395oo(f)(1); Compl. ¶¶ 1-3.  Federal Defendant anticipates that the administrative record it is required to compile will be lengthy and complex.  The undersigned agency counsel will be absent from the office on scheduled leave from July 3-18, 2008.  Accordingly, the parties hereby stipulate and agree that Federal Defendant shall be given an enlargement of time up to and including August 8, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

4. The parties also respectfully request that the initial Case Management Conference in this case be scheduled for August 22, 2008 at 10:30 a.m., and that the undersigned attorneys not located in this district be permitted to participate in the Conference via telephone.

5. This request is made in good faith and not for purposes of delay.

6. Federal Defendant has not previously requested or received an extension of time to respond to Plaintiffs' Complaint.

7. There are no other previously scheduled deadlines in this case.

ACCORDINGLY, THE PARTIES hereby stipulate and agree that:

(1) Federal Defendant shall have until August 8, 2008 to file and serve a pleading responsive to Plaintiffs' Complaint in this action; and

(2) The initial Case Management Conference in this case shall be scheduled for August 22, 2008 at

///
///
///
///

1  10:30 a.m., and the undersigned attorneys not located in this district be permitted to participate in the
2  Conference via telephone.

4  Respectfully submitted,

5  LAW OFFICES OF GARY E. GLEICHER         JOSEPH P. RUSSONIELLO
                                            United States Attorney

7  _____/s/_____           _____/s/_____
   Gary E. Gleicher                         Julie A. Arbuckle
   433 N. Camden Dr., Ste. 730              Assistant United States Attorney
8  Beverly Hills, CA. 90210                 450 Golden Gate Avenue, 9th Floor
   Tel; (310) 277-3696                      San Francisco, CA 94102
9  Fax: (310) 273-7679                      Phone: 415.436.7102
                                            Fax: 415.436.6748

11  _____/s/_____              _____/s/_____
    Kenneth R. Marcus                       Jonathan C. Brumer
12  Honigman Miller Schwartz and Cohn LLP   U.S. Department of Health and Human
    660 Woodward Avenue                      Services
13  2290 First National Building            Office of the General Counsel
    Detroit, MI 48226-3506                  Centers for Medicare and Medicaid Services
14  (313) 465-7470                          330 Independence Ave., S.W., Room 5344
                                            Washington, D.C. 20201
15  Attorneys for Plaintiffs                (202) 205-8703

16                                          Attorneys for Federal Defendant

17  Dated: June 2, 2008_____        Dated: June 2, 2008_____

19
20  PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that all counsel shall appear by telephone at the August 22, 2008 Case Management Conference.

21  Dated: __June 5, 2008_____

                                            _____
22                                          MAXINE M. CHESNEY
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: RESPONSE TO COMPLAINT AND CMC - Case No. 08-1440 MMC   3