**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: AUG 2 2 2008

**E-filing**

C - 08 - 1440 - MMC

ST FRANCIS MEMORIAL HOSPITAL v. Michael Leavitt

Attorneys: GARY GLEICHER         Julie Arbuckle
          Kenneth Marcus         Jonathan Brumer

Deputy Clerk: **TRACY LUCERO**         Reporter: NOT REPORTED

**PROCEEDINGS:**                          **RULING:**

1. _____         _____

2. _____         _____

3. _____         _____

4. _____         _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference  INITIAL
                                                                                (By phone)

**ORDERED AFTER HEARING:**

Administrative record to be filed by ∆ by 9/5/08.
Deadline for parties to file Joint Proposal re form of ADR is 9/12/08.

( ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_____

( ) Referred to Magistrate For:_____
      ( ) By Court
(✓) CASE CONTINUED TO 3/13/09 @ 9:00 for π's motion for Summary
                                          Judgment & ∆'s X-motion
Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date_____   Trial Date_____   Set for ____ days
                        Type of Trial: ( )Jury   ( )Court
Notes: _____
_____

(25 min)