1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JULIE A. ARBUCKLE (CABN 193425)
   Assistant United States Attorney
4    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
5    Telephone: (415) 436-7102
     Facsimile: (415) 436-6748
6    E-mail: julie.arbuckle@usdoj.gov
   Attorneys for Federal Defendant

**FILED**

SEP  4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL AND FRANKLIN BENEVOLENT CORPORATION f/k/a DAVIES MEDICAL CENTER,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services,<br><br>Defendant. | No. C 08-1440 (MMC)<br><br>CERTIFIED ADMINISTRATIVE RECORD |

## **MANUAL FILING NOTIFICATION**

Regarding: Certified Administrative Record filed by Defendant

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

 X  Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description):

1  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
2  ___ Item Under Seal
3  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
4  ___ Other (description): _____

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 9/4/08            By:         /s/
                                JULIE A. ARBUCKLE
                                Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

### CERTIFIED ADMINISTRATIVE RECORD

St. Francis Memorial Hospital and Franklin Benevolent Corporation f/k/a Davies Medical Center v. Michael O. Leavitt, in His Official Capacity as Secretary of the Department of Health and Human Services
C 08-1440 MMC

to be served this date upon each of the persons indicated below at the address shown:

Kenneth R. Marcus
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Gary E. Gleicher
Law Offices of Gary E. Gleicher
433 North Camden Drive Suite 730
Beverly Hills, CA 90210

_____  **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____  **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____  **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

__√___  **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 4, 2008 at San Francisco, California.

/s/
KATHY TERRY
Legal Assistant

United States District Court
Northern District of California

# Document Locator

**Case Number:** 08-1440 MMC

**Date Filed:** 9/4/08

**Document Type:**

    Reporter's Transcript: _____

    Trial Exhibits: _____

    Lodged Documents: _____

    Sealed Documents: _____

    X Other: X   9 volumes of the Certified Administrative record.

**Location:**

    Expando File:
    (located next to file) _____

    X Overflow Shelf:  X   on the open file shelf under the Terminal Digit #0 for MMC

    Vault: _____

    Other: _____

**Document Number:** #22

United States District Court
Northern District of California

# Document Locator

**Case Number:** 08-1440 mmc

**Date Filed:** 9/4/08

**Document Type:**

   Reporter's Transcript: _____

   Trial Exhibits: _____

   Lodged Documents: _____

   Sealed Documents: _____

   X Other: X    8 volumes of the Certifide administrative record.

**Location:**

   Expando File:
   (located next to file) _____

   X Overflow Shelf: X    on the open file shelf under the Terminal Digit #0 for mmc

   Vault: _____

   Other: _____

**Document Number:** #22