| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CABN 88143)<br>Chief, Civil Division |
| 3 | JULIE A. ARBUCKLE (CABN 193425)<br>Assistant United States Attorney |
| 4 |     450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495 |
| 5 |     Telephone: (415) 436-7102<br>    Fax: (415) 436-6748 |
| 6 |     E-mail: julie.arbuckle@usdoj.gov |
| 7 | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>OFFICE OF GENERAL COUNSEL |
| 8 | JONATHAN C. BRUMER<br>    330 Independence Ave., S.W., Room 5344 |
| 9 |     Washington, D.C. 20201<br>    Telephone: (202) 205-8703 |
| 10 | Attorneys for Federal Defendant |
| 11 | LAW OFFICES OF GARY E. GLEICHER<br>GARY E. GLEICHER |
| 12 |     433 N. Camden Dr., Suite 730<br>    Beverly Hills, CA 90210 |
| 13 |     Telephone: (310) 277-3696<br>    Fax: (310) 273-7679 |
| 14 | |
| 15 | HONINGMAN MILLER SCHWARTZ & COHN LLP<br>KENNETH R. MARCUS |
| 16 |     660 Woodward Avenue<br>    2290 First National Building |
| 17 |     Detroit, MI 48226-3506<br>    Telephone: (313) 465-7470 |
| 18 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | ST. FRANCIS MEMORIAL HOSPITAL )<br>AND FRANKLIN BENEVOLENT )<br>CORPORATION f/k/a DAVIES MEDICAL )<br>CENTER, )<br>        )<br>    Plaintiffs, )<br>        )<br>    v. )<br>        )<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health and Human )<br>Services, )<br>        )<br>    Defendant. )<br>_____) | No. C 08-1440 (MMC)<br><br>JOINT STATEMENT REGARDING THE PARTIES' VIEWS ON ALTERNATE DISPUTE RESOLUTION<br><br>AND ORDER THEREON | |

JOINT STATEMENT RE: THE PARTIES' VIEWS ON ADR - Case No. 08-1440 MMC

1    During and immediately following the Initial Case Management Conference which was held
2    on August 22, 2008, this Court instructed the parties to submit a joint statement regarding their
3    respective positions regarding whether this case is a suitable candidate for Alternate Dispute
4    Resolution and/or settlement.  See Docket Entry No. 20.  In response to this directive, the parties
5    now submit this Joint Statement regarding their views on alternate dispute resolution.

6    In the past few weeks, the parties and their counsel have carefully considered and had
7    numerous, extensive, and serious internal deliberations and conversations with each other
8    concerning the following matters: (1) their respective legal positions and understanding of the
9    case; (2) the possibility of a monetary settlement; (3) the prospect of a settlement agreement
10   awarding the only relief that Plaintiffs are seeking in this action, a remand to the Provider
11   Reimbursement Review Board ("PRRB"); and (4) the question of whether court-supervised
12   alternate dispute resolution ("ADR") would be beneficial in this case to the parties and Court
13   alike.  The parties have concluded that court supervised ADR would not be beneficial or
14   appropriate in this case for at least five reasons.

15   First, the parties believe that they clearly understand the legal issue before this Court as well
16   as the strengths and weaknesses of their respective positions, and require no ADR to improve
17   their insight into these matters or to narrow the issues in dispute and identify areas of agreement.
18   See ADR Local Rule 1-2(a) (identifying such a improved "clarity of understanding" as one
19   possible reason that resort to ADR may be appropriate in a given case); see also Dispute
20   Resolution Procedures in the Northern District of California at 4-5 (same).  The parties agree that
21   the issue before the Court is a clear and discrete legal issue which they believe is fully developed,
22   which they feel ready to brief, and which they believe the Court is competent to resolve.

23   Second, the parties do not believe that ADR can serve here to "help settle all or part of [this]
24   dispute."  See Dispute Resolution Procedures in the Northern District of California at 4.  The
25   parties agree that there is no realistic prospect of a settlement at this juncture.  The legal issue
26   before the Court is a binary issue as to which no middle ground exists: either the PRRB was
27   correct in its jurisdictional decisions or not.  Defendant contends that as no monetary amount is
28   presently at issue in this case, there is technically no dollar amount in controversy which could

JOINT STATEMENT RE: THE PARTIES' VIEWS ON ADR - Case No. 08-1440 MMC         2

otherwise be the subject of a compromise between the parties. Defendant's position is that while it is always possible to assign some monetary value to a case, that is difficult to do here as a basis of settlement because the underlying merits are not before this Court. Moreover, Defendant believes that the jurisdictional issue that is before the Court is an important one that should be resolved by judicial review. Plaintiffs would be prepared to participate in ADR to negotiate monetary relief.

Third, ADR is not needed here to facilitate "the parties' access to evidence," to help "streamline discovery," or to help the parties "reach factual . . . stipulations." See ADR Local Rule 1-2(a) and Dispute Resolution Procedures in the Northern District of California at 5 (identifying these as possible reasons that resort to ADR may be appropriate in some cases.). This case is governed by the standards set forth in the Administrative Procedure Act, and judicial review under the Administrative Procedure Act is generally limited to the record before the agency. The relevant facts in this case are undisputed and contained in the certified administrative record which has been filed with the Court. However, Plaintiffs contend that they reserve the right to request discovery after they have had an opportunity to review the administrative record in this case.

Fourth, the formal litigation of this case is not likely to impose "large economic burdens" and result in the sort of "delay" in the resolution of disputes which often are associated with litigation, minimizing the need for ADR on this basis. See ADR Local Rule 1-2(a). As mentioned, the issue before the Court is a clear and discrete legal issue. Moreover, the parties agree that a trial will not be necessary or appropriate in this action, limiting the economic costs and delay associated with this litigation in this case, as compared to the typical case. Instead, the parties anticipate that this case may be resolved in relatively short order, based on a consideration of the dispositive motions for summary judgment which they intend to file along with any oral argument which this Court may order.

Fifth, the parties do not believe that ADR is required in this case to "improve the quality and tone of communication between parties," or to "decrease hostility between clients and between lawyers." See Dispute Resolution Procedures in the Northern District of California at 5.

JOINT STATEMENT RE: THE PARTIES' VIEWS ON ADR - Case No. 08-1440 MMC    3

Counsel have had an amicable and professional relationship to date, and expect that will continue.

Finally, Defendant contends that ADR would not be useful in this case because it "prefers that a judge preside over all processes." <u>See</u> Dispute Resolution Procedures in the Northern District of California at 5.

As the case proceeds, the parties are fully prepared to revisit these matters if circumstances or their view of the case changes.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF GARY E. GLEICHER | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| _____/s/_____<br>Gary E. Gleicher<br>433 N. Camden Dr., Ste. 730<br>Beverly Hills, CA. 90210<br>Tel.: (310) 277-3696<br>Fax: (310) 273-7679 | _____/s/_____<br>Julie A. Arbuckle<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102<br>Tel.: (415) 436-7102<br>Fax: (415) 436-6748 |
| _____/s/_____<br>Kenneth R. Marcus<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506<br>Tel.: (313) 465-7470<br><br>Attorneys for Plaintiffs | _____/s/_____<br>Jonathan C. Brumer<br>U.S. Department of Health and Human Services<br>Office of the General Counsel<br>Centers for Medicare and Medicaid Services Division<br>330 Independence Ave., S.W., Room 5344<br>Washington, D.C. 20201<br>Tel.: (202) 205-8703<br><br>Attorneys for Federal Defendant |
| Dated: September 12, 2008 | Dated: September 12, 2008 |

APPROVED AND SO ORDERED. The parties need not participate in ADR at this time.

Dated: September 16, 2008

MAXINE M. CHESNEY
United States District Judge

JOINT STATEMENT RE: THE PARTIES' VIEWS ON ADR - Case No. 08-1440 MMC          4