1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JULIE A. ARBUCKLE (CABN 193425)
   Assistant United States Attorney
4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5       Telephone: (415) 436-7102
        Fax: (415) 436-6748
6       E-mail: julie.arbuckle@usdoj.gov

7  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
   OFFICE OF THE GENERAL COUNSEL
8  JONATHAN C. BRUMER
        330 Independence Ave., S.W., Room 5344
9       Washington, D.C. 20201
        Telephone: (202) 205-8703
10 Attorneys for Federal Defendant

11 LAW OFFICES OF GARY E. GLEICHER
   GARY E. GLEICHER
12      433 N. Camden Dr., Ste. 730
        Beverly Hills, CA. 90210
13      Telephone: (310) 277-3696
        Fax: (310) 273-7679
14
   HONIGMAN MILLER SCHWARTZ AND COHN LLP
15 KENNETH R. MARCUS
        660 Woodward Avenue
16      2290 First National Building
        Detroit, MI 48226-3506
17      Telephone: (313) 465-7470
   Attorneys for Plaintiffs
18

19                       UNITED STATES DISTRICT COURT

20                      NORTHERN DISTRICT OF CALIFORNIA

21                            SAN FRANCISCO DIVISION

22 ST. FRANCIS MEMORIAL            )
   HOSPITAL AND FRANKLIN           )   NO. C 08-1440 (MMC)
23 BENEVOLENT CORPORATION          )
   f/k/a DAVIES MEDICAL CENTER,    )   STIPULATION AND [PROPOSED]
24                                 )   ORDER MODIFYING THE BRIEFING
           Plaintiffs,             )   SCHEDULE AND CONTINUING THE
25    v.                           )   STATUS CONFERENCE
                                   )
26 MICHAEL O. LEAVITT, Secretary,  )
   U.S. Department of Health and   )
27 Human Services,                 )
                                   )
28         Defendant.              )

Pursuant to LCvR 6-2 and 7-12, Defendant, Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary") and Plaintiffs, St. Francis Memorial Hospital and Franklin Benevolent Corporation f/k/a Davies Medical Center, by and through their undersigned counsel, respectfully Stipulate and request that the Court modify the current deadlines for: Plaintiffs' Motion for Summary Judgment, Defendant's Opposition and Cross Motion for Summary Judgment, Plaintiff's Opposition and Reply, and Defendant's Reply, and to reschedule the Status Conference which is currently set for March 13, 2009, as follows:

   1. Plaintiffs shall have up to and including December 12, 2008 to file their Motion for Summary Judgment; and

   2. Defendant shall have up to and including to January 16, 2009 to file his Opposition and Cross Motion for Summary Judgment; and

   3. Plaintiffs shall have up to and including March 6, 2009 to file their Opposition and Reply; and

   4. Defendant shall have up to and including April 8, 2009 to file his Reply; and

   5. The Status Conference in this case which is currently set for March 13, 2009 will be rescheduled until an appropriate time to be determined by this Court..

   6. Counsel for Plaintiffs and Defendant are currently discussing the possibility of staying this case as well as another case, <u>Glendale Memorial Hosp. and Health Ctr. v. Leavitt</u>, CV08-1747 (MMM) (AGRx) (C.D. Cal.), pending the final administrative and judicial disposition of a Group Appeal which is now pending before the Provider Reimbursement Review Board ("PRRB").  Counsel for Plaintiffs are waiting to receive an indication from the PRRB as to the time frame within which the PRRB expects to render a decision in the Group Appeal, and have asked the PRRB to advise them as to when it might rule on the Group Appeal.  The requested modification of the briefing schedule is intended to both facilitate the parties' negotiations regarding a possible stay and to provide the PRRB sufficient time within which to give some indication of when it might rule on the Group Appeal.  While the parties cannot guarantee that they will be able to reach agreement on a stay, they are hopeful that they will be able to do so.

   7. This request is made in good faith and not for purposes of delay.

   8. There are no other previously scheduled deadlines in this Case.

STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE AND CONTINUING THE STATUS CONFERENCE
- Case No. 08-1440 MMC

2

ACCORDINGLY, THE PARTIES hereby stipulate and agree that:

1. Plaintiffs shall have up to and including December 12, 2008 to file their Motion for Summary Judgment in this action; and

2. Defendant shall have up to and including to January 16, 2009 to file his Opposition and Cross Motion for Summary Judgment; and

3. Plaintiffs shall have up to and including March 6, 2009 to file their Opposition and Reply Motion for Summary Judgment; and

4. Defendant shall have up to and including April 8, 2009 to file his Reply to Plaintiffs' Opposition to Defendant's Cross Motion for Summary Judgment; and

5. The Status Conference in this case which is currently set for March 13, 2009 will be rescheduled until an appropriate time to be determined by this Court.

The filer of this document, Kenneth R. Marcus, attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Respectfully submitted,

| LAW OFFICES OF GARY E. GLEICHER | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|---|---|
| /s/<br>Gary E. Gleicher<br>433 N. Camden Dr., Ste. 730<br>Beverly Hills, CA. 90210<br>Tel.: (310) 277-3696<br>Fax: (310) 273-7679 | /s/<br>Julie A. Arbuckle<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102<br>Tel.: (415) 436-7102<br>Fax: (415) 436-6748 |

STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE AND CONTINUING THE STATUS CONFERENCE
- Case No. 08-1440 MMC

3

| | |
|---|---|
| /s/_____ | /s/_____ |
| Kenneth R. Marcus | Jonathan C. Brumer |
| Honigman Miller Schwartz and Cohn LLP | U.S. Department of Health and Human Services |
| 660 Woodward Avenue | Office of the General Counsel |
| 2290 First National Building | Centers for Medicare and Medicaid Services Division |
| Detroit, MI 48226-3506 | |
| Tel.: (313) 465-7470 | 330 Independence Ave., S.W., Room 5344 |
| | Washington, D.C. 20201 |
| | Tel.: (202) 205-8703 |
| Attorneys for Plaintiffs | Attorneys for Federal Defendant |
| Dated: October 29, 2008 | Dated: October 29, 2008 |

PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, unless the parties are otherwise advised, no hearing will be conducted on the parties' respective motions. See Civil L. R. 16-5.

Dated: October 30, 2008

_____
MAXINE M. CHESNEY
United States District Judge

DETROIT.3365528.1

STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE AND CONTINUING THE STATUS CONFERENCE
- Case No. 08-1440 MMC

4