```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CABN 88143)
    Chief, Civil Division
 3  JULIE A. ARBUCKLE (CABN 193425)
    Assistant United States Attorney
 4      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 5      Telephone: (415) 436-7102
        Fax: (415) 436-6748
 6      E-mail: julie.arbuckle@usdoj.gov

 7  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
    OFFICE OF THE GENERAL COUNSEL
 8  JONATHAN C. BRUMER
        330 Independence Ave., S.W., Room 5344
 9      Washington, D.C. 20201
        Telephone: (202) 205-8703
10  Attorneys for Federal Defendant

11  LAW OFFICES OF GARY E. GLEICHER
    GARY E. GLEICHER
12      433 N. Camden Dr., Ste. 730
        Beverly Hills, CA. 90210
13      Telephone: (310) 277-3696
        Fax: (310) 273-7679
14
    HONIGMAN MILLER SCHWARTZ AND COHN LLP
15  KENNETH R. MARCUS
        660 Woodward Avenue
16      2290 First National Building
        Detroit, MI 48226-3506
17      Telephone: (313) 465-7470
    Attorneys for Plaintiffs
18
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL AND FRANKLIN BENEVOLENT CORPORATION f/k/a DAVIES MEDICAL CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services,<br><br>    Defendant. | No. CV 08-1440 MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY ACTION<br><br>AND ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT |

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION - Case No. CV 08-1440 MMC

    Defendant, Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary") and Plaintiffs, St. Francis Memorial Hospital and Franklin Benevolent Corporation f/k/a Davies Medical Center (the "Hospitals"), by and through their undersigned counsel, respectfully stipulate that this Court enter an order staying the proceedings in the above-captioned action pending the final administrative and judicial disposition of the case of Provider Reimbursement Review Board ("PRRB") Group Appeal No. 98-1376G (the "Group Appeal"). In support of this stipulation, the parties state as follows:

    1. The parties previously informed the Court that they were discussing the possibility of staying this case as well as another case, Glendale Memorial Hosp. and Health Ctr. v. Leavitt, CV08-1747 (MMM) (AGRx) (C.D. Cal.), pending the final administrative and judicial disposition of the Group Appeal. By a "final judicial disposition," the parties mean to refer to a final non-appealable Court decision.

    2. Counsel for the Hospitals have been informed that the Group Appeal is set for a record hearing. Although it is impossible to predict with any certainty when the decision of the PRRB will be issued, the parties are hopeful that the decision may be issued in the reasonably near future.

    3. In this action, Plaintiffs challenge three jurisdictional decisions by the PRRB. See Complaint ¶¶ 50, 58, 66, and Exhs. 1-3 thereto. The sole legal issue before the Court is whether the PRRB's decisions declining jurisdiction over Plaintiffs' claims for certain fiscal years at issue in the Group Appeal were arbitrary, capricious, contrary to the law, or an abuse of discretion.

    4. In anticipation of the PRRB's eventually issuing a decision in the Group Appeal, to allow for the possibility that the final administrative and judicial disposition of the Group Appeal may obviate the need for further proceedings in this action, and in the interest of conserving the resources of the Court and the parties, the Hospitals and the Secretary believe that proceedings in the instant case should be stayed, pending the final administrative and judicial disposition of the Group Appeal.

    5. In the event the Providers do not prevail upon the final administrative and judicial

disposition of the Group Appeal, the Hospitals will dismiss the instant case with prejudice within thirty days following the date of such final disposition.

6.  In the event the Providers prevail upon the final administrative and judicial disposition of the Group Appeal, the parties will jointly move the Court to reinstate the instant case for proceedings and a determination regarding the PRRB's decision denying the Hospitals the right to participate in the Group Appeal within thirty days following such final disposition.

7.  In the event the Hospitals first prevail upon the final administrative and judicial disposition of the Group Appeal, and then prevail in the final disposition in the instant case (including any postjudgment proceedings and appeals), the Secretary will pay to the Hospitals the underlying Medicare payment to which they would have been entitled had they participated in the Group Appeal, without the necessity for a remand to the Secretary for further proceedings and a decision on the merits, within ninety days following the date of such final disposition.

8.  In the event the PRRB does not issue a decision in the Group Appeal within six months following the date of the Court's order staying the instant case the Hospitals will have the right at any time thereafter to move the Court to reinstate the instant case, which motion the Secretary will not oppose.  In the event that the Secretary settles the Group Appeal while this action is stayed, the Hospitals will have the right to move the Court to reinstate the instant case, which motion the Secretary will not oppose.

9.  This request is made in good faith and not for purposes of delay.

ACCORDINGLY, THE PARTIES hereby stipulate and agree that:

1.  Proceedings in the instant case be stayed, pending the final administrative and judicial disposition of the Group Appeal; and

2.  In the event the Providers do not prevail upon the final administrative and judicial disposition of the Group Appeal, the Hospitals will dismiss the instant case with prejudice within thirty days following the date of such final disposition; and

3.  In the event the Providers prevail upon the final administrative and judicial disposition of the Group Appeal, the parties will jointly move the Court to reinstate the instant case for

proceedings and a final determination regarding the PRRB's decision denying the Hospitals the right to participate in the Group Appeal within thirty days following such final disposition; and

    4. In the event the Hospitals first prevail upon the final administrative and judicial disposition of the Group Appeal, and then prevail in the final disposition in the instant case (including any postjudgment proceedings and appeals), the Secretary will then pay to the Hospitals the underlying Medicare payment to which they would be entitled had they participated in the Group Appeal, without necessity for a remand to the Secretary for further proceedings and a decision on the merits, within ninety days following the date of such final disposition; and

    5. In the event the PRRB does not issue a decision in the Group Appeal within six months following the date of the Court's order staying the instant case, the Hospitals will have the right at any time thereafter to move the Court to reinstate the instant case, which motion the Secretary will not oppose. In the event that the Secretary settles the Group Appeal while this action is stayed, the Hospitals will have the right to move the Court to reinstate the instant case, which motion the Secretary will not oppose.

    6. In the event the Court denies this Stipulation to Stay Action, the parties agree that each of the deadlines in the current briefing schedule will be extended by 14 days from the date of the Court's order, and that upon receipt of any such order, they will promptly submit a Stipulation and [Proposed] Order to the Court reflecting this agreement

    The filer of this document, counsel for Federal Defendant, attests that concurrence in the

///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION - Case No. CV 08-1440 MMC

1  ///

2  filing of this document has been obtained from each of the other signatories.

3

4  Respectfully submitted,

5  LAW OFFICES OF GARY E. GLEICHER          JOSEPH P. RUSSONIELLO
                                             United States Attorney
6
       _____/S/_____                  _____/S/_____
7  Gary E. Gleicher                          Julie A. Arbuckle
   433 N. Camden Dr., Ste. 730               Assistant United States Attorney
8  Beverly Hills, CA. 90210                  450 Golden Gate Avenue, 9th Floor
   Tel.: (310) 277-3696                      San Francisco, CA 94102
9  Fax: (310) 273-7679                       Tel.: (415) 436-7102
                                             Fax: (415) 436-6748
10

11
       _____/S/_____                  _____/S/_____
12 Kenneth R. Marcus                         Jonathan C. Brumer
   Honigman Miller Schwartz and Cohn LLP     U.S. Department of Health and Human
13 660 Woodward Avenue                         Services
   2290 First National Building              Office of the General Counsel
14 Detroit, MI 48226-3506                    Centers for Medicare and Medicaid Services
   Tel.: (313) 465-7470                        Division
15                                           330 Independence Ave., S.W., Room 5344
                                             Washington, D.C. 20201
16                                           Tel.: (202) 205-8703

17 Attorneys for Plaintiffs                  Attorneys for Federal Defendant

18
   Dated: December 10, 2008                  Dated: December 10, 2008
19

20
   PURSUANT TO STIPULATION, IT IS SO ORDERED.   Further, the parties are directed to file
21 a joint status report no later than July 10, 2009.

22

23 Dated:_December 11, 2008

                                             _____
24                                           MAXINE M. CHESNEY
                                             United States District Judge
25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION - Case No. CV 08-1440 MMC