IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, <br><br> Defendant _____/ | No. C-08-1440 MMC <br><br> **ORDER DIRECTING PARTIES TO FILE STATUS REPORT** |

Before the Court is the parties' Joint Status Report, filed May 8, 2009, in which the parties report they continue to await a final judicial disposition of the "Group Appeal," and, in particular, they await a decision by the District Court for the District of Columbia in Glendale Memorial Hospital and Health Center et al. v. Johnson.

Accordingly, the parties are hereby DIRECTED to file a Joint Status Report no later than December 4, 2009, and every six months thereafter, informing the Court as to the status of the Group Appeal.

**IT IS SO ORDERED.**

Dated: May 14, 2009

MAXINE M. CHESNEY
United States District Judge