IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ST. FRANCIS MEMORIAL HOSPITAL, et al.,

        Plaintiffs,

  v.

KATHLEEN SEBELIUS,

        Defendant

                                          /

No. C-08-1440 MMC

**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT NO LATER THAN JANUARY 17, 2012**

       Before the Court is the parties' Joint Status Report, filed November 23, 2011, in which the parties report that a Stipulation of Settlement and Dismissal has been entered in Glendale Memorial Hospital and Health Center et al. v. Johnson.  Before seeking an order lifting the stay of proceedings in the instant action, however, the parties request an opportunity to confer further and to thereafter file another Joint Status Report.

       Good cause appearing, the Court hereby DIRECTS the parties to file a Joint Status Report no later than January 17, 2012.

**IT IS SO ORDERED.**

Dated: December 2, 2011

                                MAXINE M. CHESNEY
                                United States District Judge