MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JULIE A. ARBUCKLE (CABN 193425)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    Fax: (415) 436-6748
    E-mail: julie.arbuckle@usdoj.gov

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE OF THE GENERAL COUNSEL
JONATHAN C. BRUMER
    330 Independence Ave., S.W., Room 5344
    Washington, D.C. 20201
    Telephone: (202) 205-8703

LAW OFFICES OF GARY E. GLEICHER
GARY E. GLEICHER
    433 N. Camden Dr., Ste. 515
    Beverly Hills, CA. 90210
    Telephone: (310) 277-3696
    Fax: (310) 278-2991

HONIGMAN MILLER SCHWARTZ AND COHN LLP
KENNETH R. MARCUS
    660 Woodward Avenue
    2290 First National Building
    Detroit, MI 48226-3506
    Telephone: (313) 465-7470

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL AND FRANKLIN BENEVOLENT CORPORATION f/k/a DAVIES MEDICAL CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant. | No. CV 08-1440 MMC <br><br> JOINT STATUS REPORT <br><br> **AND ORDER THEREON** |

The Court's Order entered on January 23, 2012 (docket entry no. 40) directed the parties to file a Joint Status Report no later than February 17, 2012. The parties, by and through their undersigned counsel, respectfully submit this Joint Status Report.

1. In their previous Joint Status Reports, the parties have advised this Court that:

(a) The Provider Reimbursement Review Board ("PRRB") had issued its decision dated January 26, 2009 in the case of Quality 89-92 Hospital Based SNF, Group Appeal No. 98-1376G (the "Group Appeal"). See Docket Entry Nos. 30, 31, 33, 34, 35, 36, 37 (all advising this Court of this development).

(b) In a decision dated March 20, 2009, the Administrator of the Centers for Medicare and Medicaid Services reversed the decision of the PRRB. The March 20, 2009 decision of the Administrator of the Centers for Medicare and Medicaid Services constituted the final decision of the Secretary regarding the Group Appeal. See 42 U.S.C. § 1395oo(f). See Docket Entry Nos. 31, 33, 34, 35, 36, 37 (advising the Court of this development).

(c) The hospitals participating in the Group Appeal, which include the Plaintiffs in the instant case (but for different fiscal years than in the instant case), filed a Complaint in the United States District Court for the District of Columbia on April 6, 2009, as amended on April 9, 2009. Glendale Memorial Hospital and Health Center *et al.* v Sebelius, Case No. 1:09-cv-637 (D.D.C. 2009) ("Glendale Memorial Hospital"). See Docket Entry Nos. 31, 33, 34, 35, 36, 37 (advising the Court of this development).

(d) The parties ultimately settled the Glendale Memorial Hospital District of Columbia case and on September 15, 2011, they filed a Stipulation of Settlement and Dismissal which was incorporated into an Order the Court entered on October 11, 2011. See Glendale Mem'l Hosp. and Health Ctr., *et al.*, v. Sebelius, Case No. 1:09CV00637 (D.D.C. 2009), Docket Entry Nos. 43 and 44.

(e) On or about November 15, 2011, the settlement agreement in the Glendale Memorial Hospital action was fully implemented. See Docket Entry No. 37.

2. On November 23, 2011 and January 17, 2012, the parties to this action filed Joint Status Reports in which they reminded the Court of all of these developments. See Docket Entry Nos. 37 and 39. The parties, however, requested the opportunity to confer further and explore the

possibility of settling this action. Id.

3. In an order dated January 23, 2012, the Court granted the parties' request that they be given an opportunity to discuss settlement and to thereafter file another Joint Status Report, and directed the parties to file a Joint Status Report no later than February 17, 2012. See Docket Entry No. 40.

4. The Plaintiffs have submitted a settlement proposal to the Defendant, and recently provided Defendant with documentation they contend supports their settlement proposal. On February 17, 2012, Defendant responded to Plaintiffs' settlement proposal. The parties require additional time to continue settlement negotiations, and if a settlement is reached, to begin the process of formally recommending approval of the proposed settlement. Accordingly, the parties jointly request that they be given an additional forty-five (45) days, through April 4, 2012 to submit a Joint Status Report advising the Court of the status of their settlement negotiations. If, before April 4, 2012, either party reasonably believes that settlement will not be achieved, it shall notify the other party, and within the earlier of five days thereafter or April 4, 2012, the parties shall file a Joint Status Report advising the Court of that fact and submit a proposed case management plan.

The filer of this document, attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Respectfully submitted,

LAW OFFICES OF GARY E. GLEICHER

/s/_____
Gary E. Gleicher
433 N. Camden Dr., Ste. 515
Beverly Hills, CA. 90210
Tel.: (310) 277-3696
Fax: (310) 278-2991

MELINDA HAAG
United States Attorney

/s/_____
Julie A. Arbuckle
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
Tel.: (415) 436-7102
Fax: (415) 436-6748

/s/_____
Kenneth R. Marcus
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Tel.: (313) 465-7470

/s/_____
Jonathan C. Brumer
U.S. Department of Health and Human
 Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W., Room 5344
Washington, D.C. 20201
Tel.: (202) 205-8703

Attorneys for Plaintiffs

Attorneys for Federal Defendant

Dated: February 17, 2012

Dated: February 17, 2012

# ORDER

Good cause appearing, the Court hereby GRANTS the parties' joint request that they be given an additional forty-five (45) days, through April 4, 2012, to a file a Joint Status Report.

IT IS SO ORDERED.

Dated: February 23, 2012

*[signature]*
United States District Judge