IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL, et al., <br><br> Plaintiffs, <br> v. <br> KATHLEEN SEBELIUS, <br><br> Defendant | No. C-08-1440 MMC <br><br> **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT NO LATER THAN MAY 4, 2012** |

Before the Court is the parties' Joint Status Report, filed April 4, 2012, in which the parties report they have agreed to the terms of a settlement, subject to certain specified conditions, and seek an additional thirty days, though May 4, 2012, to submit an updated Joint Status Report.

Good cause appearing, the joint request is hereby GRANTED, and the parties are DIRECTED to file an updated Joint Status Report no later than May 4, 2012.

**IT IS SO ORDERED.**

Dated: April 9, 2012

MAXINE M. CHESNEY
United States District Judge