IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ST. FRANCIS MEMORIAL HOSPITAL, et al.,

        Plaintiffs,

v.

KATHLEEN SEBELIUS,

        Defendant
        /

No. C-08-1440 MMC

**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT NO LATER THAN JULY 10, 2012**

       Before the Court is the parties' Joint Status Report, filed June 4, 2012, in which the parties report they have agreed to the terms of a settlement, subject to certain specified conditions, and seek an additional thirty-six days, through July 10, 2012, to submit an updated Joint Status Report.

       Good cause appearing, the joint request is hereby GRANTED, and the parties are DIRECTED to file an updated Joint Status Report no later than July 10, 2012.

       **IT IS SO ORDERED.**

Dated: June 7, 2012

MAXINE M. CHESNEY
United States District Judge