```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  JOANN M. SWANSON (CABN 88143)
    Chief, Civil Division
 3  JULIE A. ARBUCKLE (CABN 193425)
    Assistant United States Attorney
 4      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 5      Telephone: (415) 436-7102
        Fax: (415) 436-6748
 6      E-mail: julie.arbuckle@usdoj.gov

 7  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
    OFFICE OF THE GENERAL COUNSEL
 8  JONATHAN C. BRUMER
        330 Independence Ave., S.W., Room 5344
 9      Washington, D.C. 20201
        Telephone: (202) 205-8703
10
    LAW OFFICES OF GARY E. GLEICHER
11  GARY E. GLEICHER
        433 N. Camden Dr., Ste. 515
12      Beverly Hills, CA. 90210
        Telephone: (310) 277-3696
13      Fax: (310) 278-2991

14  HONIGMAN MILLER SCHWARTZ AND COHN LLP
    KENNETH R. MARCUS
15      660 Woodward Avenue
        2290 First National Building
16      Detroit, MI 48226-3506
        Telephone: (313) 465-7470
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. FRANCIS MEMORIAL HOSPITAL AND FRANKLIN BENEVOLENT CORPORATION f/k/a DAVIES MEDICAL CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATHLEEN SEBELIUS, Secretary, U.S. Department of Health and Human Services,<br><br>    Defendant. | No. CV 08-1440 MMC<br><br>STIPULATION OF DISMISSAL; [PROPOSED] ORDER |

STIPULATION OF DISMISSAL - Case No. CV 08-1440 MMC

1. Under Fed. R. Civ. P. 41(a)(1), all parties to this action hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to the terms and conditions of the Stipulation of Settlement entered July 25, 2012 ("Settlement Agreement") except that the parties agree that line 15 on page 9 (in paragraph #19) of the Settlement Agreement should read "with prejudice . . . ." instead of "without prejudice . . . ." All other terms and conditions of the Settlement Agreement are fully incorporated herein.

2. The filer of this document, attests that concurrence in the filing of this document has been obtained from each of the other signatories.

IT IS SO STIPULATED.

Respectfully submitted,

| LAW OFFICES OF GARY E. GLEICHER | MELINDA HAAG<br>United States Attorney |
|---|---|
| _____/S/_____<br>Gary E. Gleicher<br>433 N. Camden Dr., Ste. 515<br>Beverly Hills, CA. 90210<br>Tel.: (310) 277-3696<br>Fax: (310) 278-2991 | _____/S/_____<br>Julie A. Arbuckle<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102<br>Tel.: (415) 436-7102<br>Fax: (415) 436-6748 |
| _____/S/_____<br>Kenneth R. Marcus<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506<br>Tel.: (313) 465-7470 | _____/S/_____<br>Jonathan C. Brumer<br>U.S. Department of Health and Human Services<br>Office of the General Counsel<br>Centers for Medicare and Medicaid Services Division<br>330 Independence Ave., S.W., Room 5344<br>Washington, D.C. 20201<br>Tel.: (202) 205-8703 |
| Attorneys for Plaintiffs | Attorneys for Federal Defendant |
| Dated: November 7, 2012 | Dated: November 7, 2012 |

///

///

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

This action is dismissed with prejudice pursuant to the above Stipulation and the terms and conditions of the Settlement Agreement the parties entered on July 25, 2012.

IT IS SO ORDERED.

Dated: November 27, 2012

HON. MAXINE CHESNEY
United States District Judge

STIPULATION OF DISMISSAL - Case No. CV 08-1440 MMC            3